**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **RONNIE EALEY** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action No. _____** |
| | § | |
| **IMPERIAL FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Imperial Fire and Casualty

Insurance Company, files its Certificate of Interested Parties listing all persons and corporations

interested in the outcome of this litigation.

1.      Upon information and belief, Plaintiff Ronnie Ealey is a Texas resident.  Ronnie

Ealey is represented by:

Chad T. Wilson
Tara L. Peveto
Chad T Wilson Law Firm PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone:  (832) 415-1432
Fax:  (281) 940-2137

2.      Defendant Imperial Fire and Casualty Insurance Company ("IFCIC") is a

Louisiana corporation that is wholly owned by National General Holdings Corp., a Delaware

1

# EXHIBIT C

corporation, which is a publicly traded company ("NGHC"). NGHC owns all of the issued and outstanding stock of IFCIC. <u>National General Holdings Corp</u>. is the only publicly traded company in the corporate structure and certainly has an interest in the outcome of this action. IFCIC's principal office street address is 4670 I-49 North Service Road, Opelousas, LA 70570. Imperial Fire and Casualty Insurance Company is represented by:

>Christopher H. Avery
>Texas State Bar No. 24069321
>Southern District No. 1048591
>cavery@thompsoncoe.com
>Alexa Gould
>Texas State Bar No. 24109940
>Southern District No. 3323275
>agould@thompsoncoe.com
>Thompson, Coe, Cousins & Irons, LLP
>One Riverway, Suite 1600
>Houston, Texas 77056
>Telephone: (713) 403-8210
>Facsimile: (713) 403-8299
>
>And,
>
>Harrison Yoss
>Texas State Bar No. 22169030
>Southern District No. 17055
>hyoss@thompsoncoe.com
>Thompson, Coe, Cousins & Irons, LLP
>700 North Pearl Street
>Twenty-Fifth Floor – Plaza of the Americas
>Dallas, Texas 75201
>(214) 871-8200 | (214) 871-8209 – *Fax*

>Respectfully submitted,
>
>**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
>
>By:   */s/ Christopher H. Avery*
>Christopher H. Avery, Attorney–In–Charge
>Texas State Bar No. 24069321
>Southern District No. 1048591
>cavery@thompsoncoe.com

2

Alexa Gould
Texas State Bar No. 24109940
Southern District No. 3323275
agould@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 | (713) 403-8299 – *Fax*
And,

Harrison Yoss
Texas State Bar No. 22169030
Southern District No. 17055
hyoss@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street
Twenty-Fifth Floor – Plaza of the Americas
Dallas, Texas 75201
(214) 871-8200 | (214) 871-8209 – *Fax*

**ATTORNEYS FOR DEFENDANT**
**IMPERIAL FIRE AND CASUALTY**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, a true and correct copy of the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on the following counsel of record:

Chad T. Wilson
Tara L. Peveto
Chad T Wilson Law Firm PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598

*/s/ Christopher H. Avery*
Christopher H. Avery

3